# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
|---|---|
| v. | ) |
| Sarah Beth CLENDANIEL and Brandon Clint RUSSELL | ) Case No. 23-mj-00434-MJM |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 12 through February 2, 2023 in the county of Baltimore in the _____ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1366 | Conspiracy to Destroy an Energy Facility |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Patrick W. Straub*
Complainant's signature

Patrick W. Straub, FBI, Special Agent
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2 2 23

Judge's signature

City and state: Baltimore, Maryland   Hon. Matthew J. Maddox, U.S Magistrate Judge
Printed name and title