IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **United States of America,** | * | |
| | * | |
| v. | * | Case No.  1:23-mj-00434-MJM |
| | * | |
| Brandon Clint Russell | | |
| **Defendant.** | * | |

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant,  Brandon Clint Russell .
I certify that: [check and complete one that applies]

☒  I am admitted to practice in this Court.

☐  I am a member in good standing of the bar of the highest state court of

_____

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

 February 10, 2023                                      /s/ Kobie A. Flowers
Date                                                            Signature

                                                                     Kobie A. Flowers, Bar #16511
                                                                     Printed name and bar number
                                                                     Brown, Goldstein & Levy LLP
                                                                     1300 Eye Street, N.W, 8th Floor
                                                                     Washington, D.C.  20005
                                                                     Address

                                                                     kflowers@browngold.com
                                                                     Email address

                                                                     (202) 742-5969
                                                                     Telephone number

                                                                     (202) 742-5948
                                                                     Fax number

Please select your designation:

☐ CJA  ☒ Retained  ☐ Public Defender  ☐ Pro Bono

**NOTE**:   Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

---

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

---